UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CONNIE (ROBERSON) ALTHEN, VERLA           :
ADERS, DONALYN AHLBERG, EDNA              :
ALBERS, DENISE ANDRESS, ASHLEY            :
ANELLO, ERMA IRENE AURAND,                :
JACQUELINE BAKER, BEARDEN                 :
BAKERINK, NANCY BARENDT, PAMELA D.        :
BATES, AVA BATISTE, MARIE BELL, PAULA     :
GAYE BENBROOK, RODGER BENZ, LINDA         :
BINNEY, VICTORIA BLACKBURN, BETTY         :
BLAKE, JEAN BLYTHE, JUDITH BOIE,          :
                                          :
         Plaintiffs.                      :   Civil Action
v.                                        :   No. 04-11270-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
         Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                            Respectfully submitted,
    Boston, Massachusetts

                                                    /s/Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                             Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                           (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                  Counsel for Defendant
                                                  Boehringer Ingelheim Pharmaceuticals, Inc.